Commercial Banking Corporation, Appellant,
*v.* Meade.

Argued December 9, 1931.

Before Trexler, P. J., Keller, Linn, Gawthrop, Cunningham, Baldrige and Stadtfeld, JJ.

450

*William Potter Davis,* for appellant.

*Edw. D. McLaughlin,* for appellee.

PER CURIAM: March 5, 1932.

The judgment is affirmed on the opinion of Judge BROOMALL.